[No. 19061–0–I.   Division One.   February 8, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. PETE NORRIS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–1–00125–0, Stuart C. French, J., entered July 22, 1986. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Cole, J. Pro Tem., Ringold, J. Pro Tem., dissenting.

[No. 19081–4–I.   Division One.   February 8, 1988.]

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, *Respondent,* v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–2–06522–4, John M. Darrah, J., entered July 30, 1986. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Grosse, J. Now published at 51 Wn. App. 159.

[Nos. 10210–2–II; 10699–0–II;   Division Two.        February 9, 1988.]
      10845–3–II.

*In the Matter of the Welfare of* A.R., ET AL.

Appeals from judgments of the Superior Court for Pierce County, Nos. 140278, 140280, 140281, 140282, John B. Krilich and David H. Johnson, JJ. Pro Tem., and Arthur W. Verharen, J., entered March 11, 1986, January 23 and February 27, 1987. *Affirmed* by unpublished opinion per Alexander, A.C.J., concurred in by Petrich and Worswick, JJ.